BEFORE THE THIRD DIVISION, APRIL 16, 1958

**No. 61835.**—Bloomingdale Bros., a div. of Fed. Dept. Stores, Inc. *v.* United States, protest 237578–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of decorated earthenware articles, composed of a non-vitrified absorbent body, the claim of the plaintiff was sustained.   Abstract 51831 followed.

**No. 61836.**—Samuel Shapiro & Co., Inc. *v.* United States, protest 234255–K (Baltimore).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise consists of a mixture of sugar and water similar in all material respects to that the subject of *United States* v. *Jovita Perez et al.* (44 C. C. P. A. 35, C. A. D. 633), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 17, 1958

**No. 61837.**—Wilson & Co., Inc. *v.* United States, protests 203785–K, etc. (Laredo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61838.**—International Packers, Ltd., et al. *v.* United States, protests 241322–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

**No. 61839.**—International Packers, Ltd. *v.* United States, protests 243910–K, 247320–K, and 247387–K (Nogales).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61840.**—L. H. Graves *v.* United States, protests 245047–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 61841.**—Paolo Alonge, Inc., et al. *v.* United States, protests 211483–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C. D. 1886), the claim of the plaintiffs was sustained.

**No. 61842.**—Chicago Macaroni Co. of N. Y., Inc., et al. *v.* United States, protests 211679–K, etc. (New York).